ACCEPTED
01-18-00027-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/25/2018 1:23 PM
CHRISTOPHER PRINE
CLERK

NO. 01-18-00027-cv

IN THE COURT OF APPEALS

FIRST JUDICIAL DISTRICT

AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/25/2018 1:23:41 PM

CHRISTOPHER A. PRINE
Clerk

---

TYHAN, INC. D/B/A AUTO FIX UNLIMITED
*Appellant,*

VS.

CINTAS CORPORATION NO. 2,
*Appellee.*

---

ON APPEAL FROM THE COUNTY CIVIL COURT AT LAW NO. 4 OF
HARRIS COUNTY, TEXAS
HON. ROBERTA LLOYD PRESIDING
TRIAL COURT CAUSE NO. 1093315

---

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Collin D. Greene of Taylor, Taylor & Russell, and files this Notice of Appearance of Counsel indicating that Collin D. Greene is one of the attorneys of record for Appellee, Cintas Corporation No. 2, in connection with this appeal.

–1–

WHEREFORE, PREMISES CONSIDERED, Appellee, Cintas Corporation No. 2, requests that Collin D. Greene, in addition to Allen D. Russell, receive all notices and for such other and further relief to which Appellee, Cintas Corporation No. 2, may show itself justly entitled.

Respectfully submitted,

**TAYLOR, TAYLOR & RUSSELL**

Allen D. Russell
State Bar No. 00784889
Collin D. Greene
State Bar No. 24095939
arussell@taylaw.com
cgreene@taylaw.com
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
(713) 615-6060 Telephone
(713) 526-2708 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on May 25th, 2018, a true and correct copy of the

foregoing document has been forwarded via email, facsimile and/or certified mail,

return receipt requested to:

Michael Howell
N. West Short
West Short & Howell, PLLC
313 West 10th Street
Georgetown, Texas 78626
West.short@westshortlawfirm.com
howell@westshorthowell.law
short@westshorthowell.law

_Collin D. Greene_
Collin D. Greene